

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Tile Industry Health and Welfare Fund<br><br>**Plaintiff,**<br><br>V.<br><br>California Granite & Flooring, Inc., a California Corporation;<br>Carlos Arizmendi, Sr., an individual<br><br>**Defendant.** | Civil Action No.   22cv822-LAB(KSC)<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment is GRANTED IN PART. (Dkt. 9). Plaintiffs are AWARDED $216,372.46 and CGF is DIRECTED to submit to an audit of its books and records for the period between January 2021 and the time of the audit. The Clerk shall enter judgment in accordance with this Order. The Court retains jurisdiction of the parties and the subject matter to enforce its mandatory injunction and to entertain a motion for a further money judgment, should the audit disclose amounts that may be owed by Defendants. Plaintiff need not, and should not, file a new lawsuit in connection with satisfying the money judgment ordered in this case.

| | |
|---|---|
| Date:      6/16/23 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br><br>By:  s/ R. Chapman<br>R. Chapman, Deputy |